David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
**MATTHEWS & ASSOCIATES**
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 535-7184 facsimile
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. 06-6521 CRB** <br><br> **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** |
| Manok Kurten, <br><br> Plaintiffs, <br><br> vs. <br><br> Pfizer Inc., et al. <br> Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Manok Kurten, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010          MATTHEWS & ASSOCIATES

By: _____
David P. Matthews
*Attorneys for Plaintiffs*

-1-

1  DATED:  Jan. 12, 2010     DLA PIPER LLP (US)

2
                            By: _____
3                               Michelle W. Sadowsky
                                *Attorneys for Defendants*
4

5

6  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
7  **IT IS SO ORDERED.**

8

9  Dated: FEB 1 7 2010
                            Hon. Charles R. Breyer
10                          United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    -2-